```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA HEDGES, *on behalf of herself and all other persons similarly situated*,

        Plaintiff,

v.

VENUS ET FLEUR LLC,

        Defendant.

No. 21-CV-1834 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 27, 2021, the Court granted the parties' request for a 45-day stay of all deadlines (through June 10, 2021) so as to permit the parties to finalize their efforts to bring about the voluntary dismissal of the action. *See* Dkt.12. The parties are directed to file a status update on or before June 24, 2021.

SO ORDERED.

Dated:   June 17, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge